Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18–18166–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Anwar Crawford
aka Anwar I Crawford, dba Just Clowning
Entertainment
45 Lucas Ct.
Florence, NJ 08505

Social Security No.:
xxx–xx–7275

Employer's Tax I.D. No.:
47–4610925

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         6/27/18
Time:         10:00 AM
Location:     Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: May 8, 2018
JAN: gan

                          Jeanne Naughton
                          Clerk, U. S. Bankruptcy Court