Anwar Crawford
45 Lucas Ct.
Bordentown, NJ 08505
(609)-672-6273
Pro Se

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### Trenton Division

| | |
|---|---|
| IN RE: | : |
| | : |
| ANWAR CRAWFORD | : Case No. 18-18166 (KCF) |
| | : Chapter 13 |
| | : |

## MOTION TO REINSTATE AUTOMATIC STAY

The debtor, Anwar Crawford, moves the Court to enter an Order reinstating the automatic stay:

1. The debtors filed his Chapter 13 Voluntary Petition on April 24, 2018; Additional attachment(s) were added on 4/24/2018 and Incomplete Filings were due by 5/8/2018,

2. The debtors filed the Certificate of Credit Counseling on April 24, 2018

3. The debtors filed the Statement of Social Security on April 24, 2018

4. The Case Assignment was added by Judge Kathryn C. Ferguson and trustee Albert Russo. The first meeting of Creditors & Notice of Appointment of Interim Trustee Albert Russo, with 341 (a) meeting to be held on 05/24/2018 at 02:00 PM at Trenton - Robbinsville. The Proof of claim is due by 07/03/2018. 523 objections are due by 07/23/2018.

1

5. Application and Order to Pay Filing Fees in Installments, Service of notice of the entry of order pursuant to Rule 9022 was made on the appropriate parties and BNC Certificate of Notice was signed on 4/24/2018. Second Installment Payment of $78.00 due by 5/24/2018. Third Installment Payment of $77.00 due by 6/24/2018. Final Installment Payment of $77.00 due by 7/24/2018.

6. The Court ordered a Show Cause why the why case should not be dismissed for re: Failure to File Missing Documents. Missing Documents: Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Schedules, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Cale of Commitment Period(122C-1), Calculation of Your Disposable Income (122C-2) - If Applicable, Ch. 13 Plan and Motions, Schedules A/B,C,D,E/F,G,H,I,J,. And reflected if an objection is filed a hearing will be held on: May 23, 2018 at 2:00 PM Courtroom #2. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties was signed on 04/24/2018. Objection to Order to Show Cause due by 5/8/2018.

6. On 4/24/2018 Anwar Crawford paid the amount $ 78.00, was received from Anwar Crawford on 4/24/2018.

7. Notice and Order to Pay Trustee No. of Notices: 1. Notice Date 04/26/2018 was enter 4/27/2018.

8. BNC Certificate of Notice - Meeting of Creditors. No. of Notices: 2. Notice Date 04/26/2018.

9. The debtor filed his Chapter 13 Voluntary Petition was dismissed on 05/08/2018 for Failure to File Missing Documents. Missing Documents: Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Schedules, Statement of Financial Affairs For

2

Individuals, Statement of Your Current Monthly Income & Cale of Commitment Period(122C-1), Calculation of Your Disposable Income (122C-2) - If Applicable, Ch. 13 Plan and Motions, Schedules A/B,C,D,E/F,G,H,I and J.

10. The debtor found it frustrating to complete the forms by the by 5/8/2018 Court ordered Show Cause notice. The debtor as of 05/06/2018 now has found out all the information that debtor was lacking to complete the missing forms.

11. The debtor move the court to consider the frustration the debtor was dealing with to complete the missing forms and understand that debtor will in a better positon to complete the missing forms and satisfied his Chapter 13 Voluntary Petition.

WHEREFORE, the debtors **move** the Court to enter an Order **reinstating** the **automatic stay** until a resolution is obtained in the adversary proceeding now pending before this Court.

Dated: May 21, 2018

By: _____

Anwar Crawford
Debtor in Pro Se form

3